UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:04CR538 JCH (AGF) |
| ) | |
| LORENZO BROOKS, ) | |
| ) | |
| Defendant(s). ) | |

## **ORDER**

This matter is before the Court on Defendant's pre-trial Motions to Suppress Evidence and Statements. Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Audrey G. Fleissig, who filed a Report and Recommendation on March 9, 2005. Defendant Brooks submitted objections thereto on March 21, 2005.

The Magistrate Judge recommends that the Court deny Defendant's motions. After de novo review of this matter, this Court adopts the Magistrate Judge's recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Doc. No. 34) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant Lorenzo Brooks's Motions to Suppress Evidence and Statements (Doc. Nos. 19, 20) are **DENIED**.

Dated this 20th day of July, 2005.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE

PDF created with FinePrint pdfFactory trial version www.pdffactory.com